[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 96-2147

LUDWIG HAKEN, I AND NAOMI HAKEN,

Appellants,

v.

THE MONEY STORE, ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Joseph A. DiClerico, U.S. District Judge] 



Before

Selya, Circuit Judge, 
Cyr, Senior Circuit Judge, 
and Lynch, Circuit Judge. 



Ludwig L. Haken, I on brief pro se. 
Mark G. May and Thornton & Thornton, P.A. on brief for appellee. 



May 7, 1997


Per Curiam. The district court did not abuse its 

discretion in dismissing debtor's appeal for lack of

prosecution when debtor failed to file a brief within Rule

8009's 15-day limit. The July 25, 1996 notice of docketing

and briefing deadline, which clearly referenced Rule 8009,

was not confusing and should not have misled debtor had

debtor read Rule 8009. Debtor's other arguments are outside

the scope of the present appeal from the August 14, 1996 and

September 19, 1996 orders dismissing for lack of prosecution,

but are, in any event, meritless.

Affirmed. 

-2-